IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DWAYNE MIDDLETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-cv-00283-JPG-RJD |
| | ) | |
| CHET SHAFFER, NURSE ASHLEY R. HIESE, and OFFICER MARIE T, | ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff's Motion [Doc. 31] for Default Judgment. The Clerk of the Court entered a default order against defendants Chet Shaffer, R. Heise, and Officer Marie T on July 10, 2017 for failure to plead or otherwise defend in this case. Local Rule 55.1(a) states that the serving party shall give notice of the entry of the default to the defaulting party by regular mail sent to the last known address of the defaulted party and shall certify to the Court that notice has been sent.

Plaintiff has not certified to the Court that he sent notice of the entry of the default to defendants Chet Shaffer, R. Heise, and Officer Marie T. This Court has now denied Plaintiff's motions for default judgment on these same grounds four times [Docs. 21, 23, 24, 25] and must do so again here. Plaintiff's Motion [Doc. 31] for Default Judgment is **DENIED** without prejudice for failure to comply with Local Rule 55.1.

**IT IS SO ORDERED.**
**DATED: September 19, 2017**

*s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**
