IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DWAYNE MIDDLETON,
Plaintiff,

v.

Case No. 17–CV–00283–JPG–RJD

ASHLEY CRIDER et al.,
Defendants.

## JUDGMENT

This matter having come before the Court, the issues having been heard, the parties having stipulated to dismissal of some claims, and the Court having rendered a decision as to others,

**IT IS HEREBY ORDERED AND ADJUDGED** that the claims against Defendants Chet Shaffer, Rachel Heise, Marie Johnson, and Franklin County, Illinois, are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the claims against Defendant Ashley Crider are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

**Dated: August 21, 2019**

MARGARET M. ROBERTIE, CLERK OF COURT

By: s/ Tina Gray
           Deputy Clerk

APPROVED:   s/J. Phil Gilbert
                     United States District Judge